FILED
CLERK U.S. DISTRICT COURT

SEP 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Name: Donald Ray Pierre

Address: 324 S. Diamond Bar Blvd, PMB 271

Diamond Bar, Ca. 91765

Phone: (562) 631-4446

Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Donald Ray Pierre,

PLAINTIFF,

vs.

Southern California Permanente Medical Group (SCPMG) and DoES 1-10 Inclusive

DEFENDANT(S).

Case No. CV12-07984-GAF (FMOx)
(To be supplied by the Clerk)

COMPLAINT FOR:

Unlawful Discrimination
Wrongful Termination
Conspiracy

Jury Trial Demanded: ☒ Yes   ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under United States District Court Central District of California

Plaintiff alleges on knowledge as to his own and on information and belief as to all other matters as follows:

Plaintiff is informed and believes and on such information and belief alleges, that at all times mentioned, Defendant Kaiser Permanente Medical Group in the County of Los Angeles, State of California .

_1_

Page Number

Revised: August 2011
Prepared by Public Counsel

## II. VENUE

2. Venue is proper pursuant to ___State and Federal Civil Codes.___

## III. PARTIES

3.    Plaintiff's name is ___Donald Ray Pierre___. Plaintiff resides at: ___6 Stonegate Circle, Pomona, Ca. 91766___

4. Defendant ___Southern California Permanente Medical Group (SCPMG)___

5. Defendant _____

___2___

*Page Number*

## IV. STATEMENT OF FACTS

Plaintiff alleges on knowledge as to his own and on information and belief as to all other matters as follows:

Plaintiff is informed and believes and on such information and belief alleges, that at all times mentioned, Defendant Kaiser Permanente Medical Group in the County of Los Angeles, State of California .

Plaintiff informed and believes and on such information and belief alleges that at all times mentioned, Defendant Kaiser Permanente Medical Group is a private company.

Plaintiff is ignorant of the true names of Defendant DOES 1-10 inclusive, and has therefore sued them by the above names which are fictitious. Plaintiff will amend this complaint by inserting true names in lieu of the fictitious names, together will apt and proper charging words, when true names are ascertained. Plaintiff is informed and believes and thereon alleges that each of defendants designated in this complaint as DOES is responsible and liable to Plaintiff in some manner for the events, happenings, and contentions referred to in this complaint. All references in this complaint to defendant shall be deemed to include all DOES defendants.

Plaintiff is informed and believes and thereon alleges that each defendant including DOES, was and is the agent employee, servant, subsidiary, partner, member, associate, or representative of each other defendant, including DOES, and all of the things alleged to have been done by the defendant were done in the course and scope of the agency, employment, service, or representative relationship and with the knowledge and consent of their respective principal, employers, parents corporation, partners, members, associates or representatives.

The unlawful practice complained of herein occurred in the county of Los Angeles and Plaintiff at all times mentioned herein was resident of the county of Los Angeles.

Defendant slanderous actions against Plaintiff. as alleged herein constituted slander and unlawful discrimination in employment due to race, violation of           ; Government Code

3

*Page Number*

On or about November 11,1986, Plaintiff DONALD R. PIERRE, a black man, was hired as a Physician's Assistant by Kaiser Permanente Medical Group. Plaintiff received excellent reviews and performed satisfactorily or better on all assignments given him for twenty-five years.

At all times, Plaintiff was qualified for the position of Physician Assistant with his schooling, degrees and training were acknowledged by Defendant as adequate for the position.

The fact that Plaintiff is a black man was substantial factors in defendants mal-treatment of Plaintiff and subsequent termination.

Defendant stated the real reason for Plaintiff termination was unprofessional behavior and refusing to see patients when Plaintiff refused to be treated as a slave and to not take directions from a non-physician. However this was a pretext for Plaintiff unwillingness to take orders from a non-physician regarding patient care.

Insert ¶#

4

*Page Number*

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Discrimination and Conspiracy )

insert title of cause of action

(As against Defendant(s): Southern California Permanente Medical Group )

Defendant, and each of them conspired against Plaintiff, because of his race and unwillingness to take order from a non-physician regarding patient care. Defendants use the old stereotypic belief "violent black man behavior".

Required Plaintiff to see far more patients than Providers of other ethnic groups and take orders from non-physicians.

Requiring Plaintiff to take orders from non physician regarding patient care. Member of other ethnic groups were never forced to see more patients nor take orders from non-physician.

Terminated Plaintiff without investigations of unsubstantiated charges against him because of his race and retaliation.

Insert ¶ #

5

Page Number

## SECOND CAUSE OF ACTION

( _Discrimination and Wrongful Termination_

insert title of cause of action

(As against Defendant(s): _Southern California Permanente Medical Group_ )

As proximate result of Defendant's retaliation actions against Plaintiff, as alleged herein, Plaintiff has been harmed in that Plaintiff has suffered the loss of wages/ salary, and flawed reputation, the loss of which Plaintiff would not have suffered if Defendant had not conspired against Plaintiff. As a result of such character assignation, conspiracy and consequent harm, Plaintiff has suffered damages in the amount to be proven at trail.

As a further proximate result of Defendant retaliatory slanderous actions against Plaintiff as alleged herein, Plaintiff has been harmed in that Plaintiff has suffered the intangible loss of employment opportunities as Plaintiff's employment record, created by Defendant indicates Plaintiff is a violent person who was discharge for unprofessional behavior and refusing to see patients. As a result of such slander and consequent harm to his reputation, Plaintiff has suffered damages in an amount to be proven at trail.

Insert ¶ #

6

Page Number

## THIRD CAUSE OF ACTION

( Discrimation, Wrongful Termination )
insert title of cause of action

(As against Defendant(s): Southern California Permanente Medical Group )

The above recited actions of Defendant in treating Plaintiff's differently than other employees, whose ethnic background was not black, and in terminating Plaintiff's employment were done with malice, fraud, or oppression and reckless disregard of the Plaintiff's right under . Government Code . Specifically, Defendant demanded more of Plaintiff merely because he was black. Defendant asked and expected Plaintiff to see more patient than other employees similarly situated who were not black. Defendant had no evidence for such a claim and terminated Plaintiff without any attempt to seek and tell the truth, but conspired to terminate Plaintiff.

The aforementioned conduct and actions of Defendant was done with malice and oppression because of Plaintiff's race and with a willful and conscious disregard of Plaintiff's right, so as to justify an award of exemplary and punitive damages.

The California Department of Fair Employment and Housing issued to Plaintiff a Notice of Right to bring a civil action based upon the charge of slander, retaliation, wrongful termination and discrimination filed with said department. The charge and notice of Right-to-Sue letter are attached herein as Exhibit" A" and incorporated by this reference as though fully set forth herein.

7

Page Number

## FOURTH CAUSE OF ACTION

( Discrimination and Conspiracy )

*insert title of cause of action*

(As against Defendant(s): Southern California Permanente Medical Group )

The above recited actions of Defendant in treating Plaintiff's differently than other employees, whose ethnic background was not black, and in terminating Plaintiff's employment were done with malice, fraud, or oppression and reckless disregard of the Plaintiff's right under California Government Code 12940 et. Seq. Specifically, Defendant demanded more of Plaintiff merely because he was black. Defendant asked and expected Plaintiff to see more patient than other employees similarly situated who were not black. Defendant had no evidence for such a claim and terminated Plaintiff without any attempt to seek and tell the truth, but conspired to terminate Plaintiff.

The aforementioned conduct and actions of Defendant was done with malice and oppression because of Plaintiff's race and with a willful and conscious disregard of Plaintiff's right, so as to justify an award of exemplary and punitive damages.

The California Department of Fair Employment and Housing issued to Plaintiff a Notice of Right to bring a civil action based upon the charge of slander, retaliation, wrongful termination and discrimination filed with said department. The charge and notice of Right-to-Sue letter are attached herein as Exhibit" A" and incorporated by this reference as though fully set forth herein.

8

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. For back pay, front pay and other monetary relief according to proof;

2. For general damages in the sum of $40,000,000.00

3. For punitive damages in an amount appropriate to punish defendant for their wrongful conduct and to set an example for others;

4. For interest on the sum of damages awarded, calculated from December 09,2011 to the date of judgment;

5. For reasonable attorney's fees pursuant to Government Code 12965(b);

6. For costs of suit herein incurred ; and

7. For such other and further relief as the court deems proper.

Insert ¶ #

Insert ¶ #

Dated: 9/16/12

Sign:

Print Name: Donald Ray Pierre

9

Page Number

STATE OF CALIFORNIA | State and Consumer Services Agency

EDMUND G. BROWN JR., Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

PHYLLIS W. CHENG, Director

2218 Kausen Drive | Suite 100 | Elk Grove | CA 95758-7115
(916) 478-7251 | TTY (800) 700-2320 | Videophone for the DEAF (916) 226-5285 | Fax (916) 478-7329
www.dfeh.ca.gov

| | |
|---|---|
| ☐ H | 4800 Stockdale Hwy., Suite 215<br>Bakersfield, CA 93309<br>(661) 395-2729 |
| ☐ M | Bay Area Regional Office<br>1515 Clay Street, Suite 701<br>Oakland, CA 94612<br>(510) 622-2941 |
| ☐ C | 1277 Alluvial Avenue, Suite 101<br>Fresno, CA 93720<br>(559) 244-4760 |
| ☐ R/S | 1055 West Seventh Street,<br>Suite 1400<br>Los Angeles, CA 90017<br>(213) 439-6799 |
| ☐ E | Sacramento District Office<br>2218 Kausen Drive, Suite 100<br>Elk Grove, CA 95758<br>(916) 478-7230 |
| ☐ G | 2570 North First Street, Suite 480<br>San Jose, CA 95131<br>(408) 325-0344 |

Christine Chan
Mgr EEO Investigation Unit
Kaiser Foundation Hlth Plan
1950 Franklin St., 15th Fl.
Oakland, CA 94612

Mr. Anthony Brill, Esq
Legal Counsel
Kaiser Foundation Health Plan
393 E. Walnut St., 2nd Fl
Pasadena, CA 91188

**EEOC Number:** 480-2011-02813

**Case Name:** Donald-Pierre

**Date:** 11/7/2011

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

**Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.**

Sincerely,

TIMOTHY M. MUSCAT
Chief of Enforcement

DFEH-200-02 (01/11)

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 9/16/12

Sign:

Print Name: Donald Ray Pierre

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV12- 7984 GAF (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Donald Ray Pierre
324 S. Diamond Bar Blvd., PMB274,
Diamond Bar, CA 91765

FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald Ray Pierre<br><br>PLAINTIFF(S)<br>v.<br><br>Southern California Permanente Medical<br>Group ( SCPMG ) and<br>Does 1-10 Inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-07984-GAF(FMOx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Donald Ray Pierre _____, whose address is 324 S. Diamond Bar Blvd., PMB274, Diamond Bar, CA 91765 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 2 1 2012

By: __ANDRES PEDRO__
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

CV-01A (10/11)                                          **SUMMONS**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Donald Ray Pierre | Southern California Permanente Medical Group |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Donald Ray Pierre 324 S. Diamond Bar Blvd. PmB274 Diamond Bar, Ca. 91765 | Sanchez + Amador, LLP 811 Wilshire Blvd. suite 2000 Los Angeles, Ca. 90017 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☒ No ☒ MONEY DEMANDED IN COMPLAINT: $ 40,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Discrimation, wrongful Termination and Conspiracy

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☒ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS-Third Party 26 USC 7609 |

FOR OFFICE USE ONLY: Case Number: CV12-07984 - GAF (FMOx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08) CIVIL COVER SHEET Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☒No  ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☒No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)     ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                 ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                 ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                 ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | None  Los Angeles |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| None  Los Angeles | None  Los Angeles |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
      Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Apml Los Angeles | Apml  Los Angeles |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  9/16/12

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |